# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**759**

**CA 13-02094**

PRESENT: SMITH, J.P., CENTRA, CARNI, WHALEN, AND DEJOSEPH, JJ.

---

TEHAN'S CATALOG SHOWROOMS, INC.,
CLAIMANT-APPELLANT,

                          V                                    ORDER

STATE OF NEW YORK, DEFENDANT-RESPONDENT.
(CLAIM NO. 117360.)
(APPEAL NO. 1.)

---

BIERSDORF & ASSOCIATES, P.A., MINNEAPOLIS, MINNESOTA (DAN BIERSDORF OF COUNSEL), FOR CLAIMANT-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (JEFFREY W. LANG OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from a decision of the Court of Claims (Christopher J. McCarthy, J.), entered September 6, 2012. The decision determined that claimant is entitled to an award of damages.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Pecora v Lawrence*, 28 AD3d 1136, 1137).

Entered:  June 20, 2014                           Frances E. Cafarell
                                                  Clerk of the Court